# SIGN-IN-SHEET

CASE NAME: Qualteq, Inc.
CASE NO. 11-12572-KJC

COURTROOM LOCATION: 5
DATE: August 16, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Karen Skomorucha | Ashby + Geddes | International Paper/Xerox |
| R. Craig Martin | DLA Piper LLP (US) | Bank of America, N.A. |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | Sterling Nutrione Bank |
| Etta R. Wolfe | " | " |
| David L. Buchbinder | USTP/DoJ | UST |
| Kathleen Murphy | Reed Smith | TD Bank |
| Dawn Johnson | K&L Gates | Debtors |
| M&H McClintock | " | " |
| Harley Goldstein | " | " |
| Eric Sutty | Fox Rothschild | " |
| Carl Neff | " | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 08/16/2011
Calendar Time: 11:00 AM ET

2nd Revision 08/16/2011 06:09 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Qualteq, Inc. | 11-12572 | Hearing | 4401721 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| | | Qualteq, Inc. | 11-12572 | Hearing | 4401695 | Jeffrey M. Heller | (312) 781-7169 | K & L Gates | Interested Party, K & L Gates / LISTEN ONLY |
| | | Qualteq, Inc. | 11-12572 | Hearing | 4400686 | Simon Kimmelman | (609) 227-4680 | Sills Cummis & Gross | Creditor, Sterling National Bank / LIVE |
| | | Qualteq, Inc. | 11-12572 | Hearing | 4399667 | Thomas Kiriakos | 312-782-0600 | Mayer Brown LLP | Interested Party, Bank of America / LIVE |
| | | Qualteq, Inc. | 11-12572 | Hearing | 4400598 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Debtor, Qualteq Inc. dba VCT New Jersey Inc. / LIVE |
| | | Qualteq, Inc. | 11-12572 | Hearing | 4400682 | Paul Shur | (609) 227-4680 | Sills Cummis & Gross | Creditor, Sterling National Bank / LIVE |