**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**AT DAYTON**

| | | |
|---|---|---|
| IN RE: | : | Case No. 11-12572 |
| | : | |
| QUALTEQ, INC., d/b/a VCT NEW JERSEY, INC., et al., | : | (Jointly Administered |
| | : | |
| | : | Chapter 11 |
| Debtor. | | |
| | | Judge Kevin J. Carey |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST

J. Michael Debbeler and the law firm of GRAYDON HEAD & RITCHEY LLP enter their appearance as counsel for xpedx, a division of International Paper Company ("xpedx"). As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number, and facsimile number are:

J. Michael Debbeler
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Telephone: (513) 621-6464
Fax: (513) 651-3836
E-mail:  mdebbeler@graydon.com

xpedx hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure including notices under Rule 2002(I), be given to it by service upon its attorneys at the address shown above.

xpedx pursuant to Federal Rule of Bankruptcy Procedure 3017(a), further requests that copies of all plans and disclosure statements filed herein by any party be served upon it and its attorneys at the address indicated above.

xpedx also hereby requests special notice of all pleadings, motions, applications, and other documents and papers pertaining to the above-captioned case, or any adversary proceeding, contested or uncontested matter therein, including all notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, any creditors committee, the debtor or any other parties in interest.

This request includes all types of notice referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, the request that counsel as set forth above be served with all papers filed with the Bankruptcy Court, all reports and statements submitted to the United States Trustee, and all notices, orders, applications, complaints, demands, motions, petitions, pleadings and requests, or any other papers brought before the Court in this case, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, e-mail, telecopier, or otherwise.

It is requested that all such pleadings, notices, and other papers or communications be directed to its counsel listed above, and that the above address be included in the mailing list that the debtor is required to maintain and properly furnish.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and demand for service of papers nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of xpedx's (a) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court;

(b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.  All of such rights hereby are reserved and preserved by First Financial without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participant in the case.

Respectfully submitted,

OF COUNSEL:

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202-3157
Phone: (513) 621-6464
Fax:    (513) 651-3836

*/s/ J. Michael Debbeler*
J. Michael Debbeler
*Attorney for xpedx, a division of*
*International Paper Company*
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202-3157
 Direct:  (513) 621-6464
Fax:  (513) 651-3836
E-mail:  mdebbeler@graydon.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 16th day of August, 2011, a copy of the foregoing was served on the following registered ECF participants, electronically through the Court's ECF System at the address registered with the Court:

| | |
|---|---|
| Qualteq, Inc.<br>800 Montrose Avenue<br>South Plainfield, NJ 07080 | FOX ROTHSCHILD LLP<br>Jeffrey M. Schlerf<br>Eric M. Sutty<br>John H. Strock |
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | L. John Bird<br>Citizens Bank Center, Suite 1300<br>919 North Market Street<br>Wilmington, Delaware 19801 |
| | K&L GATES LLP<br>Harley J. Goldstein<br>Sven T. Nylen<br>Matthew E. McClintock<br>Jeffrey M. Heller<br>70 West Madison Street, Suite 3100<br>Chicago, IL 60602 |

                                                  */s/ J. Michael Debbeler*
                                                  J. Michael Debbeler