## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-12572 (KJC)<br>(Jointly Administered) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF TD BANK, N.A. AND TD EQUIPMENT FINANCE, INC. TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned counsel enters an appearance for TD Bank, N.A. and TD Equipment Finance, Inc. (collectively, "TD"), and requests that TD be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the undersigned at the following addresses or facsimile numbers:

| | |
|---|---|
| Mark D. Silverschotz, Esquire<br>REED SMITH LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 521-5400<br>Fax: (212) 521-5450<br>E-mail: msilverschotz@reedsmith.com | Kathleen A. Murphy, Esquire<br>REED SMITH LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>E-mail: kmurphy@reedsmith.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775; 4800; 4810; 4829); (vii) Creative Automation Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc.(4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) University Subscription Service, Inc. (3669); (xv) Versatile Card Technology, Inc.(5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive TD's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which TD is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 18, 2011  
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kathleen A. Murphy  
Kathleen A. Murphy (No. 5215)  
1201 N. Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: 302-778-7572  
Facsimile: 302-778-7575  
E-mail: kmurphy@reedsmith.com

and

Mark D. Silverschotz, Esquire
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Fax: (212) 521-5450
E-mail: msilverschotz@reedsmith.com

Counsel to TD Bank, N.A. and
TD Equipment Finance, Inc.