UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| Qualteq, Inc. d/b/a VCT of New Jersey, Inc. | : | Case No. 11-12572 (KJC) |
| | : | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| Debtors. | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Plami S.A. De. C.V.**, Attn: Javier Miguel Checa, Calzada de la Naranja NO 167 2do Piso, Fracc, Industrial Alec Blanco, Naucalpan, Estado de Mexico 53370, Phone: 011-525-521-222401, Fax:011-5255-55763526

2. **Quad/Graphics Inc.**, Attn: Patricia A. Rydzk, N63 W23075 State Hwy 74, Sussex WI 53089, Phone: 414-566-2127, Fax:414-566-9415

3. **XPEDX**, Attn: Jeff Biskaduros, 261 River Road, Clifton NJ 07014, Phone: 973-405-2231, Fax: 973-405-2143

4. **Bradner Smith & Company a wholly owned subsidiary of Bradner Center Company**, Attn: Christopher Kouros, 2300 Arthur Avenue, Elk Grove Village, IL 60007, Phone: 847-290-5551, Fax: 847-290-7979

5. **JDSU Uniphase Corporation**, Attn: May Adrig, 430 N. McCarthy Blvd., Milpitas CA 95035 , Phone: 408-546-7081, Fax: 408-546-4372

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ David Buchbinder,  for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 25, 2011

Attorney assigned to this Case: David Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Eric Michael Sutty, Esquire, Phone: (302) 654-7444, Fax: (302) 656-8920