IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-12572 (KJC)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9010

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of Title 11 of the United States Code ("**Bankruptcy Code**") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") that Lowenstein Sandler PC and Womble Carlyle Sandridge & Rice, PLLC appears as co-counsel for and on behalf of the Official Committee of Unsecured Creditors (the "**Committee**") in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that the Committee requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775, 4800, 4810, 4829); (vii) Creative Automotion Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) University Subscription Service, Inc. (3669); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

25719/2
08/29/2011 17839508.1

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
Attn: Timothy R. Wheeler, Esq.
E-mail: twheeler@lowenstein.com
Attn: Jeffrey D. Prol, Esq.
E-mail: jprol@lowenstein.com
Eric S. Chafetz, Esq.
E-mail: echafetz@lowenstein.com

and

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4321 (Telephone)
(302) 661-7738 (Facsimile)
Attn: Mark L. Desgrosseilliers, Esq.
E-mail: mdesgrosseilliers@wcsr.com
Attn: Matthew P. Ward, Esq.
E-mail: maward@wcsr.com
Attn: Ericka F. Johnson, Esq.
E-mail: erjohnson@wcsr.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand

delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or Debtors' estates.

Dated: August 29, 2011

WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC

By: /s/ Ericka F. Johnson
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Matthew P. Ward (Del. Bar No. 4471)
Ericka F. Johnson (Del. Bar No. 5024)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: 302-252-4321
Facsimile: 302-661-7738
Email: mdesgrosseillers@wcsr.com
Email: maward@wcsr.com
Email: erjohnson@wcsr.com

-and-

Jeffrey D. Prol, Esq.
Timothy R. Wheeler, Esq.
Eric S. Chafetz, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: jprol@lowenstein.com
E-mail: twheeler@lowenstein.com
E-mail: echafetz@lowenstein.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*

WCSR 6942394v1