IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 11-12572 ( KJC ) |
| d/b/a/ VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## *SECOND AMENDED* NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 6, 2011 AT 3:30 P.M. (EASTERN TIME)

**I.  MATTER WITH CERTIFICATE OF NO OBJECTION:**

1.  Motion for Entry of an Order Granting Additional Time Within Which to File Schedules and Statements, filed on September 6, 2011 [Docket No. 130]

    Response Deadline:

    September 23, 2011 at 4:00 p.m.

    Related Documents:

    a)  Certification of No Objection Regarding Application of Debtors Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Goldstein & McClintock LLC as Lead Counsel for the Debtors, filed on September 27, 2011 [Docket No. 229]

    b)  Proposed Form of Order

    c)  **Order Granting Additional Time Within Which to File Schedules and Statements, entered on October 4, 2011 [Docket No. 249]**

    Response(s) Received:

    None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Creative Automation Company (4350); (ix) Creative Investments, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) University Subscription Service, Inc. (3669); (xvi) Versatile Card Technology, Inc. (5258); (xvii) Veluchamy LLC (3434); and (xviii) Vmark, Inc. (5904).

Status:

**An order has been entered. No hearing is necessary.**

II. **MATTERS GOING FORWARD:**

2. Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief, filed on August 14, 2011 [Docket No. 7]

Response Deadline:

August 31, 2011 at 4:00 p.m. The Official Committee of Unsecured Creditors, the lenders subject to the motion and Jet LithoColor, Inc. were granted extensions to respond to September 15, 2011 at 4:00 p.m. Sterling Bank was granted an extension to respond to September 29, 2011 at 4:00 p.m. Amalgamated Bank was granted an extension to respond to October 4, 2011 at 11:00 a.m. MB Financial was granted an extension to respond to October 5, 2011 at 12:00 noon.

Related Documents:

a) Agreed Interim Order Authorizing Use of Cash Collateral in Which Oakbrook Financial Asserts an Interest and Scheduling a Final Hearing, entered on August 16, 2011 [Docket No. 30]

b) Notice of Final Hearing Regarding Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief, filed on August 17, 2011 [Docket No. 40]

c) Interim Order Authorizing Use of Cash Collateral In Which Amalgamated Bank of Chicago, Burr Ridge Bank & Trust, and Inland Bank Assert Security Interests and Scheduling Final Hearing, entered on August 18, 2011 [Docket No. 47]

d) Agreed Interim Order Authorizing Use of Cash Collateral in Which Sterling Bank Asserts an Interest and Scheduling Final Hearing, entered on August 18, 2011 [Docket No. 48]

e) Notice of Final Hearing Regarding Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief, filed on August 19, 2011 [Docket No. 50]

f)  Notice of Final Hearing Regarding Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief, filed on August 19, 2011 [Docket No. 51]

g)  Second Interim Order (Authorizing Use of Cash Collateral in Which Sterling Bank Asserts an Interest and Scheduling Final Hearing, entered on September 6, 2011 [Docket No. 132]

h)  Emergency Motion to Approve Use of Cash Collateral Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief, filed on September 12, 2011 [Docket No. 148]

i)  Interim Order (1) Authorizing Use of Cash Collateral in which Harris Bank Asserts and Interest; (2) Scheduling Final Hearing and (3) For Related Relief, entered on September 13, 2011 [Docket No. 180]

j)  Interim Order (1) Authorizing Real Property Debtors' Use of Cash Collateral; (2) Scheduling Final Hearing and (3) For Related Relief, entered on September 13, 2011 [Docket No. 181]

k)  Amended Interim Order (1) Authorizing Real Property Debtors' Use of Cash Collateral; (2) Scheduling a Final Hearing; and (3) for Related Relief entered on September 15, 2011 [Docket No. 201]

l)  Notice of Filing [Proposed] Final Order Authorizing Use of Cash Collateral in Which Oakbrook Financial Asserts an Interest, filed on September 27, 2011 [Docket No. 227]

m)  Notice of Filing [Proposed] Final Order Authorizing Use of Cash Collateral in Which Skylands Bank, MB Financial, and the Northern Trust Assert an Interest, filed on September 27, 2011 [Docket No. 228]

Response(s) Received:

a)  Limited Objection of TD Bank, N.A. and TD Equipment Finance, Inc. to Debtors' Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief, filed on August 31, 2011 [Docket No. 87]

b)  Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Entry of Final Orders Authorizing Certain Debtors Use of Cash Collateral, filed on October 4, 2011 [Docket No. 239]

c) Objection of Amalgamated Bank of Chicago to the Debtors' Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief, filed on October 4, 2011 [Docket No. 241]

    i) **Exhibit A to Exhibit D to Objection of Amalgamated Bank of Chicago to the Debtors' Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief, filed on October 4, 2011 [Docket No. 245]**

    ii) **Exhibit E Part 1 to 6 to Objection of Amalgamated Bank of Chicago to the Debtors' Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief, filed on October 4, 2011 [Docket No. 247]**

    iii) **Exhibit E Part 7 to Exhibit G to Objection of Amalgamated Bank of Chicago to the Debtors' Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief, filed on October 4, 2011 [Docket No. 248]**

d) **Objection of Burr Ridge Bank to: (I) Debtors' Motion For Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Emergency Motions For Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) For Related Relief, filed on October 4, 2011 [Docket No. 250]**

<u>Status</u>:

The Debtors intend to present a further interim order with respect to Sterling Bank. This matter will go forward as a final hearing with respect to all other lenders.

3. Motion for Interim and Final Orders Pursuant to Sections 105, 363, 503, 1107 and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors; (B) Setting a Final Hearing on the Motion; and (C) Approving Procedures Related Thereto, filed on August 15, 2011 [Docket No. 9]

Response Deadline:

August 31, 2011 at 4:00 p.m. The Official Committee of Unsecured Creditors was granted an extension to respond to September 15, 2011 at 4:00 p.m.

Related Documents:

a) Interim Order (A) Auth orizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors; (B) Setting a Final Hearing on the Motion; and (C) Approving Procedures Related Thereto, entered on August 16, 2011 [Docket No. 35]

b) Notice of Final Hearing Regarding Motion for Interim and Final Orders Pursuant to Sections 105, 363, 503, 1107 and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors; (B) Setting a Final Hearing on the Motion; and (C) Approving Procedures Related Thereto, filed on August 15, 2011 [Docket No. 9], filed on August 17, 2011 [Docket No. 41]

Response(s) Received:

None.

Status:

This matter will go forward as a final hearing.

4. Debtors' Motion for Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, filed on September 16, 2011 [Docket No. 205]

Response Deadline:

September 29, 2011 at 4:00 p.m.

Related Documents:

None as of this date and time.

Response(s) Received:

a) Objection of Amalgamated Bank of Chicago to the Debtors' Motion for Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, filed on September 29, 2011 [Docket No. 233]

b) Objection of Burr Ridge Bank to: (I) Debtors' Motion For Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Emergency Motions For Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) For Related Relief, filed on October 4, 2011 [Docket No. 250]

Status:

The Debtors intend to present a revised form of order at the hearing to address the response of Amalgamated Bank of Chicago and informal comments received from the Office of the United States Trustee. This matter will go forward.

Dated: October 5, 2011

FOX ROTHSCHILD LLP

/s/ Eric M. Sutty

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
L. John Bird (No. 5310)
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

– and –

GOLDSTEIN & MCCLINTOCK LLLP
Harley J. Goldstein
Matthew E. McClintock
David A. Hall
One Magnificent Mile
980 North Michigan Avenue, Suite 1400
Chicago, Illinois 60611
Telephone: (312) 337-7700

*Attorneys to the Debtors*