# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Qualteq, Inc., d/b/a VCT New Jersey, Inc., |
| **Case Number:** | 11-12572-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 06, 2011 03:30 PM    CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | AL LUGANO |

## Matter:

Omnibus

**R / M #:** 0 / 0

## Appearances:

See Sign in Sheet

## Proceedings:

Second Amended Agenda Item
#1 - Order Signed
#2 - Order Signed
#3 - Order Signed
#4 - Order Signed