# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUALTEQ, INC., d/b/a/ VCT NEW JERSEY, INC., *et al.*,[1] | Case No. 11-12572 (KJC) |
| | (Jointly Administered) |
| Debtors. | Related Docket No. 107 |

## NOTICE OF WITHDRAWAL OF MOTION OF BANK OF AMERICA, N.A. FOR AN ORDER AUTHORIZING IT TO FILE MOTION TO TRANSFER VENUE UNDER SEAL [DOCKET NO. 107]

PLEASE TAKE NOTICE that Bank of America, N.A., by and through its undersigned counsel, hereby withdraws its Motion for an Order Authorizing It to File Motion to Transfer Venue of These Cases Under Seal [Docket No. 107].

PLEASE TAKE FURTHER NOTICE that the Motion of Bank of America, N.A. to Transfer Venue of These Cases to the United States Bankruptcy Court for the Northern District of Illinois [D.I. 106] is now publicly available on the Court's PACER system where it can be viewed and downloaded or parties may request a copy from the undersigned counsel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775; 4810; 4829); (vii) Creative Automation Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xii) Unique Mailing Services, Inc. (2594); (xiv) University Subscription Service, Inc. (3669); (xv) Versatile Card Technology, Inc. (5258); (xvi)

Dated: October 12, 2011          DLA PIPER LLP (US)

/s/ R. Craig Martin
Stuart M. Brown, Esq. (DE Bar No. 4050)
R. Craig Martin, Esq. (DE Bar No. 5032)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 468-5640
Facsimile: (302) 778-7913
stuart.brown@dlapiper.com
craig.martin@dlapiper.com

- and –

Thomas S. Kiriakos, Esq.
Howard J. Roin, Esq.
Joshua M. Grenard, Esq.
William R. Stone, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

*Counsel to Bank of America, N.A.*

Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

EAST\46946388.2