# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>QUALTEQ, INC.,<br>d/b/a/ VCT NEW JERSEY, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-12572 (KJC)<br><br>(Jointly Administered)<br><br>Hearing Date: December 16, 2011 at 10:00 a.m.<br>Objection Deadline: November 4, 2011 at 4:00 p.m.<br><br>Related Docket No. 106 |

## JOINDER OF BRENDA PORTER HELMS, CHAPTER 7 TRUSTEE FOR THE ESTATE OF PETHINAIDU VELUCHEMY AND PARAMESWARI VELUCHEMY, CASE NO. 11-33413 PENDING IN THE NORTHERN DISTRICT OF ILLINOIS TO MOTION OF BANK OF AMERICA, N.A. TO TRANSFER VENUE OF THESE CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Brenda Porter Helms, Chapter 7 Trustee for the estate of Pethinaidu Veluchemy and Parameswari Veluchemy, Case No. 11-33413 pending in the Northern District of Illinois Eastern Division ("Chapter 7 Trustee"), by and through her undersigned counsel, files this Joinder to the Motion of Bank of America, N.A. to Transfer Venue of these Cases to the United States Bankruptcy Court for the Northern District of Illinois [D.I. 106] and repeats, re-alleges and adopts as its own each statement, argument, and prayer for relief therein.

Dated: November 4, 2011
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ William E. Chipman, Jr.*
Adam G. Landis (No. 3407)
William E. Chipman, Jr. (No.3818)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

{200.001-W0017527.}

- and -

Barry A. Chatz, Esquire
Kevin H. Morse, Esquire
**ARNSTEIN & LEHR LLP**
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910
Telephone: (312) 876-6670
Facsimile: (312) 876-6241

*Counsel for Brenda Porter Helms, Chapter 7 Trustee for the estate of Pethinaidu Veluchemy and Parameswari Veluchemy, Case No. 11-33413 pending in the Northern District of Illinois*