IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 11-12572 (KJC) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

Please take notice that on November 7, 2011, copies of the following documents:

1. Bank of America's First Set of Interrogatories Directed to All Debtors;

2. Bank of America's Request for Production of Documents Directed to All Debtors;

3. Bank of America's Requests to Admit Directed to All Debtors;

were caused to be served in the manner indicated upon the following party:

**(Via Hand Delivery)**
**(Counsel to the Debtor)**
Eric Michael Sutty, Esq.
Jeffrey M. Schlerf, Esq.
L. John N. Bird, Esq.
Fox Rothschild LLP
919 N. Market Street, Suite 1600
Wilmington, DE 19801

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (1) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 530 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Creative Automation Company (4350); (ix) Creative Investments, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) University Subscription Service, Inc. (3669); (xvi) Versatile Card Technology, Inc. (5258); (xvii) Veluchamy LLC (3434); and (xviii) Vmark, Inc. (5904).

Dated: November 7, 2011                    DLA PIPER LLP (US)

*/s/ R. Craig Martin*
Stuart M. Brown, Esq. (DE Bar No. 4050)
R. Craig Martin, Esq. (DE Bar No. 5032)
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 468-5640
Facsimile: (302) 778-7913
stuart.brown@dlapiper.com
craig.martin@dlapiper.com

- and –

Thomas S. Kiriakos, Esq.
Howard J. Roin, Esq.
Joshua M. Grenard, Esq.
William R. Stone, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

*Counsel to Bank of America, N.A.*